COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case number:   01-22-00622-CV

Trial court case number:  18-CV-0884

Trial court:                        10th District Court of Galveston County

Appellant, Juan Enriquez, incarcerated and acting pro se, has filed an appeal of the trial court's July 28, 2022 order granting Appellee Ahmed A. Morsy, M.D.'s Motion for Leave to File Original and supplemental Summary Judgment Under Seal. Appellant has filed a motion requesting this Court order the district clerk to forward the clerk's record and supplemental clerk's record previously filed in this Court.

We **grant** the motion and **order** the trial court clerk, no later than 10 days from the date of this order, to provide a copy of the clerk's record and any supplemental clerk's records to the appellant. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to the appellant is made.

Appellant's brief is due 20 days from the date upon which the delivery of the record is made to him.

Separately, appellant has indicated he did not receive the Statement of Inability to Afford Costs form attached to the order issued by this Court on September 27, 2022. The form is attached to this order. If appellant claims an inability to afford payment of filing fees and other fees assessed by the appellate court, the attached Statement of Inability to Afford Costs must be completed and filed in this Court. *See* TEX. R. APP. P. 20.1(a), (c), comment.

In addition, appellant must comply with the requirements of Chapter 14 of the Texas Civil Practices and Remedies Code governing inmate litigation. Section 14.004 of the Texas Civil Practice and Remedies Code provides that an inmate who files an affidavit or unsworn declaration of inability to pay costs must file an additional affidavit or declaration identifying each prior lawsuit, other than an action under the Family Code, filed by the inmate without legal representation. TEX. CIV. PRAC. & REM. CODE ANN. § 14.004(a). As to each prior lawsuit, the affidavit or declaration must specify the operative facts, the case name or style, the cause number, the court in which it was brought, the names of the parties, and the result of the suit. *Id.* If a previous action or claim was dismissed as frivolous or malicious, the affidavit or unsworn

declaration of previous filings must state the date of any final judgment or order affirming the dismissal. TEX. CIV. PRAC. & REM. CODE ANN. § 14.004(b).

The affidavit or unsworn declaration of previous filings must be accompanied by a certified copy of the inmate's trust account statement reflecting the balance of the account at the time the appeal was filed and all account activity during the six months preceding the date the appeal was filed. TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.004(c); 14.006(f); *see Douglas v. Moffett*, 418 S.W.3d 336, 339 (Tex. App.—Houston [14th Dist.] 2013, no pet.).

Appellant has not filed an additional affidavit or declaration relating to previous filings nor has appellant filed a certified copy of his inmate trust account statement. Unless all documents required by Chapter 14 of the Texas Civil Practices and Remedies Code are filed by **November 7, 2022**, **this appeal may be dismissed without further notice**. *See Gozowski v. T.D.C.J.–I.D.*, No.12-14-00350-CV, 2014 WL 6983246, *1 (Tex. App.—Tyler Dec. 10, 2014, no pet.); *Hickman v. Tex. Dep't of Criminal Justice*, No. 13-12-00437-CV, 2013 WL 3770916, at *2 (Tex. App.—Corpus Christi July 18, 2013, no pet.); *Douglas v. Turner*, 441 S.W.3d 337, 339 (Tex. App.—Waco May 9, 2013, no pet.).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                      Acting individually

Date:  October 18, 2022